No. 97–288. LEWIS ET VIR, INDIVIDUALLY, AS PARENTS, AS NEXT FRIENDS, AND AS ADMINISTRATORS OF THE ESTATE OF LEWIS, DECEASED v. BRUNSWICK CORP. C. A. 11th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 29, 1997. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m.,

Wednesday, January 28, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, February 18, 1998. This Court's Rule 29.2 does not apply. 